**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 22-3094

———————

UNITED STATES OF AMERICA

v.

FELIX ROCHE,

Appellant

———————

Appeal from the United States District Court
For the District of New Jersey
(D. C. Civil Actions No.:  1-96-cr-00114-012)
District Judge:  Honorable Robert B. Kugler

———————

Submitted under Third Circuit LAR 34.1(a)
on June 6, 2023

(Opinion filed July 17, 2023)

Before: HARDIMAN, AMBRO, and FUENTES, <u>Circuit Judges</u>

**AMBRO**, <u>Circuit Judge</u>:

## <u>ORDER AMENDING OPINION</u>

The Government's motion to amend the opinion is **granted.**

The Opinion in the above case, filed on July 17, 2023, is amended as follows:

**On page 4**, **paragraph 3**, **lines 3-4,** delete the following:

and **replace with**:

<have discretion to consider that change in weighing the § 3553(a) factors.>

    **On page 5**, **line 8,** place a comma after <*Andrews*>.

These amendments do not change the date of filing, July 17, 2023.

By the Court,

<u>s/ Thomas L. Ambro</u>
Circuit Judge

Dated: July 19, 2023
CJG/cc:    Sabrina G. Comizzoli, Esq.
            Mark E. Coyne, Esq.
            Felix Roche